**Opinion issued April 19, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00192-CV

_____

## IN RE TIC PHILLY LANSDALE 2, LLC, TIC PHILLY LANSDALE 3, LLC, TIC PHILLY LANSDALE 4, LLC, TIC PHILLY LANSDALE 5, LLC, TIC PHILLY LANSDALE 6, LLC, TIC PHILLY LANSDALE 7, LLC, TIC PHILLY LANSDALE 8, LLC, TIC PHILLY LANSDALE 9, LLC, TIC PHILLY LANSDALE 10, LLC, TIC PHILLY LANSDALE 11, LLC, TIC PHILLY LANSDALE 13, LLC, TIC PHILLY LANSDALE 14, LLC, TIC PHILLY LANSDALE 16, LLC, TIC PHILLY LANSDALE 18, LLC, TIC PHILLY LANSDALE 19, LLC, TIC PHILLY LANSDALE 20, LLC, TIC PHILLY LANSDALE 21, LLC, TIC PHILLY LANSDALE 23, LLC, TIC PHILLY LANSDALE 24, LLC, TIC PHILLY LANSDALE 25, LLC, TIC PHILLY LANSDALE 27, LLC, TIC PHILLY LANSDALE 29, LLC, TIC PHILLY LANSDALE 30, LLC, TIC PHILLY LANSDALE 31, LLC, TIC PHILLY LANSDALE 32, LLC, TIC PHILLY LANSDALE 33, LLC, AND WAYNE MAR D/B/A TIC PHILLY LANSDALE H, LLC, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators filed a petition for writ of mandamus requesting that this Court vacate two interlocutory orders granting real parties in interest's Texas Rule of Civil Procedure 91a motions to dismiss. Relators also request that this Court grant them costs and attorney's fees and remand the case to the trial court for "a true determination as to the grounds of vacatur" of an arbitration award.[1]

We deny the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Hightower and Countiss.

---

[1] The underlying case is *TIC Philly Lansdale 2, LLC, TIC Philly Lansdale 3, LLC, TIC Philly Lansdale 4, LLC, TIC Philly Lansdale 5, LLC, TIC Philly Lansdale 6, LLC, TIC Philly Lansdale 7, LLC, TIC Philly Lansdale 8, LLC, TIC Philly Lansdale 9, LLC, TIC Philly Lansdale 10, LLC, TIC Philly Lansdale 11, LLC, TIC Philly Lansdale 13, LLC, TIC Philly Lansdale 14, LLC, TIC Philly Lansdale 16, LLC, TIC Philly Lansdale 18, LLC, TIC Philly Lansdale 19, LLC, TIC Philly Lansdale 20, LLC, TIC Philly Lansdale 21, LLC, TIC Philly Lansdale 23, LLC, TIC Philly Lansdale 24, LLC, TIC Philly Lansdale 25, LLC, TIC Philly Lansdale 27, LLC, TIC Philly Lansdale 29, LLC, TIC Philly Lansdale 30, LLC, TIC Philly Lansdale 31, LLC, TIC Philly Lansdale 32, LLC, TIC Philly Lansdale 33, LLC, and Wayne Mar d/b/a TIC Philly Lansdale H v. Moody National Philly Lansdale S, LLC, Moody National Philly Lansdale H, LLC, Moody National Hospitality Philly Lansdale V, LLC, Brett C. Moody, individually and dba or alter ego for: Moody National Companies, Moody National, Moody National Realty Company, L.P., Moody Realty Corporation, Moody National Mortgage Corporation, Moody National Management, L.P., Moody National Philly Lansdale V, LLP, Moody National Management Company, Moody Management Corporation, Moody National Title Company, LP, Moody Lansdale, LLC and Brett C. Moody Investments, LLC*, Cause No. 2021-46723, pending in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart presiding.